1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff Natalie Jo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO, | Case No. 08-0495 SI |
| Plaintiff, | |
| v. | PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT SALLIE MAE SERVICING L.P. |
| SALLIE MAE, INC, et al, | |
| Defendants. | |

Whereas, plaintiff named Sallie Mae Servicing L.P., a Delaware limited partnership, as a defendant in this action;

Whereas, since filing the action, an attorney in the general counsel's office of defendant Sallie Mae, Inc. has informed plaintiff that Sallie Mae Servicing L.P. was merged out some years ago and hence no longer exists, which information plaintiff has confirmed through corporate records;

Whereas, no defendant has filed an answer to date;

Plaintiff requests that the defendant Sallie Mae Servicing L.P. be dismissed from this action without prejudice.

Dated: February 14, 2008.

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP


By _____
    Mark F Anderson
    Attorneys for Natalie Jo

Request for Dismissal (as to Sallie Mae Servicing LP) in *Jo v Sallie Mae, Inc.*

1