Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Natalie Jo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>  Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC, et al,<br><br>  Defendants. | Case No. 08-0495 SI<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT SALLIE MAE SERVICING L.P. |

Whereas, plaintiff named Sallie Mae Servicing L.P., a Delaware limited partnership, as a defendant in this action;

Whereas, since filing the action, an attorney in the general counsel's office of defendant Sallie Mae, Inc. has informed plaintiff that Sallie Mae Servicing L.P. was merged out some years ago and hence no longer exists, which information plaintiff has confirmed through corporate records;

Whereas, no defendant has filed an answer to date;

Plaintiff requests that the defendant Sallie Mae Servicing L.P. be dismissed from this action without prejudice.

Dated: February 14, 2008.

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP


By _____
        Mark F Anderson
        Attorneys for Natalie Jo

Request for Dismissal (as to Sallie Mae Servicing LP) in *Jo v Sallie Mae, Inc.*

1