Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES LLC, a Georgia corporation,<br><br>Defendant. | Case No.  08-495-SI<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC'S CORPORATE DISCLOSURE STATEMENT |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant To FRCP 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies: The parent company of Experian is Experian Group Limited.

2.  Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a)  First American Real Estate Solutions, LLC

LAI-2931445v1
Last Edited: 02/15/08

  (b)   First American Real Estate Solutions II, LLC

  (c)   Vehicle Title, LLC

  (d)   Central Source LLC

  (e)   Online Data Exchange LLC

  (f)   New Management Services LLC

  (g)   VantageScore Solutions LLC

Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian. Experian Group Limited is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: February 15, 2008

Respectfully submitted,

Jones Day

By: _____
    Angela M. Taylor

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

LAI-2931445v1
Last Edited: 02/15/08

- 2 -

# PROOF OF SERVICE

I, Virgilynn S. Dempsey, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On February 15, 2008, I served a copy of the within document(s): **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE STATEMENT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

[ ] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Mark F. Anderson, Esq.
KEMNITZER, ANDERSON, BARRON,
OGILVIE & BREWER LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Phone: (415) 861-2265
Fax: (415) 861-3151
Email: mark@kabolaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 15, 2008, at Irvine, California.

_____
Virgilynn S. Dempsey

LAI-2931516v1

PROOF OF SERVICE