```
THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
```

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>  Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC., a Delaware corporation;<br>SALLIE MAE SERVICING, L.P., a Delaware limited partnership;<br>EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation;<br>TRANS UNION LLC, a Delaware corporation;<br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation;<br><br>  Defendants. | Case No: CV 08-00495 SI<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

– 1 –

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

2. Equifax, Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated: February 19, 2008

/s/
THOMAS P. QUINN, JR.,
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES, LLC

Of Counsel:

Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

**CERTIFICATE OF SERVICE**

JO v EQUIFAX, et al, CASE NO: CV-08-00495-SI

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On February 19, 2008. I served a true copy of the

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

**Mark F. Anderson**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Tel: 415-861-2265
Fax: 415-861-3151
Email: mark@kabolaw.com

**Angela M. Taylor**
Jones Day
3 Park Plaza , Suite 1100
Irvine, CA 92614
949-851-3939
Fax: 949-553-7539
Email: angelataylor@jonesday.com

///
///
///
///
///

1  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on February 19, 2008, at Laguna Beach, California.

4 –

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No: CV-08-00495-SI