**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>　　　　Defendants. | Case No. 3:08-cv-00495-SI<br><br>[Assigned to The Hpn. Susan Illston]<br><br>Complaint Filed: January 23, 2008<br><br>**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PARTIES** |

　　　　The undersigned, counsel of record for Trans Union LLC, certifies that other than Trans Union LLC and its parent corporation, Trans Union Corp., there is no other individual or entity known to counsel that has a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: February 19, 2008　　　　MUSICK, PEELER & GARRETT LLP

　　　　　　　　　　　　　　　　By:　/s/ Donald E. Bradley
　　　　　　　　　　　　　　　　　　　Donald E. Bradley
　　　　　　　　　　　　　　　　　　　Attorneys for Trans Union LLC

573912.1

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PARTIES**

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

    On February 19, 2008, I served the foregoing document(s) described as **DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action as follows:

    **See Attached List**

☐  **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐  **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒  **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐  **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

    Executed on February 19, 2008, at Costa Mesa, California.

☒  **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    /s/ Karen S. Reisner
    Karen S. Reisner

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

573912.1

2

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PARTIES**

**SERVICE LIST**

| | |
|---|---|
| Mark F. Anderson<br>Kemnitzer Anderson Barron & Ogilvie<br>445 Bush St., 6th Flr.<br>San Francisco, CA 94108<br>Phone: 415-861-2265<br>Fax: 415-861-3151<br>mark@kabolaw.com | Miriam Hiser<br>Law Offices of Miriam Hiser<br>550 Montgomery St., Ste. 650<br>San Francisco, CA 94111<br>Phone: 415-345-9234<br>Fax: 415-395-9372<br>mhiser@hiserlaw.com |
| Thomas P. Quinn<br>Nokes & Quinn<br>450 Ocean Ave.<br>Laguna Beach, CA 92651<br>Phone: 949-376-3055<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com | Angela M. Taylor<br>Jones Day<br>3 Park Plaza, Ste. 1100<br>Irvine, CA 92614<br>Phone: 949-851-3939<br>Fax: 949-553-7539<br>angelataylor@jonesday.com |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

573912.1

3

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PARTIES**