LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>　　　　　Defendants. | **Case No. CV 08-0495 SI**<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS OF DEFENDANT SALLIE MAE, INC.** |

　　　Pursuant to Federal Rule of Civil Procedure 7.1, defendant SALLIE MAE, INC. ("Sallie Mae"), hereby states that it is a wholly owned subsidiary of SLM Corporation. SLM Corporation's common stock is publicly traded on the NYSE under the symbol SLM.

Dated: February 19, 2008.　　　　　　　　　　LAW OFFICES OF MIRIAM HISER


　　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Miriam Hiser
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant SALLIE MAE, INC.