# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CASE NO.

Plaintiff(s),

v.                                    STIPULATION AND [PROPOSED]
                                      ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
      ☐     Non-binding Arbitration (ADR L.R. 4)
      ☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      ☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ☐     Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
      ☐     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

      ☐     other requested deadline _____

Dated:_____                      _____
                                       Attorney for Plaintiff

Dated:_____                      _____
                                       Attorney for Defendant

Page Two to Stipulation & Order Selecting ADR Process

Dated: April 9, 2008.

/s/Angela M. Taylor
Angela M. Taylor
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Phone: (415) 875-5715
Fax: (415) 875-5700
email: angelataylor@jonesday.com
Attorneys for Experian Information Solutions, Inc.

Dated:  April 9, 2008.

/s/ Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Ste 1200
Costa Mesa, CA 92626-2447
Phone: (714) 688-2447
Fax: (714) 668-2490
d.bradley@mpglaw.com
Attorneys for Trans Union LLC

Dated:  April 9, 2008.

/s/Thomas P. Quinn, Jr.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CAQ 92651
Phone: 949.376.3055
Fax: 949.376.3070
tquinn@nokesquinn.com
Attorneys for Equifax Information Services LLC

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐     Non-binding Arbitration
☐     Early Neutral Evaluation (ENE)
☐     Mediation
☐     Private ADR

Deadline for ADR session
☐     90 days from the date of this order.
☐     other     _____

IT IS SO ORDERED.

Dated:_____          _____

UNITED STATES                JUDGE