1  Thomas P. Quinn
   Nokes & Quinn
2  450 Ocean Ave.
3  Laguna Beach, CA  92651
   Tel: (949) 376-3055
4  Fax: (949) 376-3070
5  E-mail: tquinn@nokesquinn.com

6  Stephanie Cope, Esq.
   King & Spalding LLP
7  1180 Peachtree Street N.E.
8  Atlanta, GA  30309-3521
   Tel: (404) 215-5908
9  Fax: (404) 572-5100
10 Email: Scope@kslaw.com
   Attorneys for Defendant EQUIFAX
11 INFORMATION SERVICES, LLC

12

                IN THE UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 NATALIE JO,                              )
                                            )
16         Plaintiff,                       )    Case No. 3:08-CV-00495-SI
                                            )
17    vs.                                   )    ***APPLICATION FOR ADMISSION***
                                            )    ***OF ATTORNEY PRO HAC VICE***
18                                          )
                                            )
19 SALLIE MAE, INC., a Delaware             )
   Corporation, EXPERIAN INFORMATION        )
20 SOLUTIONS, INC., a Ohio Corporation,     )
21 EQUIFAX INFORMATION SERVICES,            )
   LLC, a Georgia Corporation, and TRANS    )
22 UNION LLC,                               )
                                            )
23         Defendants.                      )
                                            )
24

25         Pursuant to Civil L.R. 11-3, <u>Stephanie Cope</u>, an active member in good standing of the

26 bar of Georgia, hereby applies for admission to practice in the Northern District of California on a

27 *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

28         In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.
Dated: April 22nd, 2008.

By: _____
Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
Scope@kslaw.com
Attorneys for Equifax Information Services LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

JO v EQUIFAX, et al, CASE NO: CV-08-00495-SI

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On April 25, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties listed below:

[ ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

**Mark F. Anderson**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Tel: 415-861-2265
Fax: 415-861-3151
Email: mark@kabolaw.com
Attorneys for Plaintiff NATALIE JO

**Miriam Hiser**
Law Offices of Miriam Hiser
550 Montgomery Street, Suite 650
San Francisco, CA 94111
Tel: 415-345-9234
Fax: 415-395-9372
Email: mhiser@hiserlaw.com
Attorneys for Defendant SALLIE MAE, INC.

///
///

- 1 -

CERTIFICATE OF SERVICE
Case No: CV-08-00495-SI

| | |
|---|---|
| 1 | **Angela M. Taylor** |
| 2 | Jones Day |
|   | 3 Park Plaza, Suite 1100 |
| 3 | Irvine, CA 92614 |
|   | Tel:  949-851-3939 |
| 4 | Fax: 949-553-7539 |
| 5 | Email: angelataylor@jonesday.com |
|   | Attorneys for Defendant EXPERIAN INFORMATION |
| 6 | SOLUTIONS, INC. |

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel:  714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com
Attorneys for Defendant TRANS UNION LLC

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Yvonne M. Homan_
YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on April 25, 2008, at Laguna Beach, California.

- 2 -

CERTIFICATE OF SERVICE
Case No: CV-08-00495-SI

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018587
Cashier ID: bucklem
Transaction Date: 04/28/2008
Payer Name: KING AND SPALDING LLP
------------------------------------
PRO HAC VICE
 For: stephanie cope
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 577941
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-495si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIE JO,

    Plaintiff,

vs.

SALLIE MAE, INC., a Delaware Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Corporation, and TRANS UNION LLC,

    Defendants.

Case No. 3:08-CV-00495-SI

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Stephanie Cope, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5908, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*
CASE NO. 3:08-CV-00495-SI