IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIE JO,

    Plaintiff,

vs.

SALLIE MAE, INC., a Delaware Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Corporation, and TRANS UNION LLC,

    Defendants.

Case No. 3:08-CV-00495-SI

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephanie Cope, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5908, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*
CASE NO. 3:08-CV-00495-SI