THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

STEPHANIE D. COPE [Pro Hac Vice]
Georgia Bar No: 214378
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE JO, ) | Case No. 3:08-CV-00495-SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DEFENDANT EQUIFAX** |
| SALLIE MAE, INC., a Delaware ) | **INFORMATION SERVICES LLC'S** |
| Corporation, EXPERIAN INFORMATION ) | **NOTICE OF INTENT TO APPEAR** |
| SOLUTIONS, INC., a Ohio Corporation, ) | **BY TELEPHONE AT INITIAL** |
| EQUIFAX INFORMATION SERVICES, ) | **CASE MANAGEMENT CONFERENCE** |
| LLC, a Georgia Corporation, and TRANS ) | |
| UNION LLC, ) | |
| ) | |
| Defendants. ) | |

**TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

1   Defendant EQUIFAX INFORMATION SERVICES LLC respectfully requests that it be permitted to appear telephonically at the Initial Case Management Conference scheduled for May 14, 2008, at 2:00 p.m.

Defendant EQUIFAX'S lead counsel of record has her office in Atlanta, Georgia. Significant travel cost and related expense would be incurred in order to appear in person at the Initial Case Management Conference. It is submitted that good cause exists to allow EQUIFAX'S counsel to appear telephonically.

                                                       Respectfully submitted,

                                                       KING & SPALDING LLP

Dated: May 6, 2008

                                                       <u>/s/ Stephanie D. Cope</u>
                                                       STEPHANIE D. COPE

                                                       THOMAS P. QUINN, JR.
                                                       NOKES & QUINN

                                                       Attorneys for Defendant EQUIFAX
                                                       INFORMATION SERVICES LLC.

THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

STEPHANIE D. COPE [Pro Hac Vice]
Georgia Bar No: 214378
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE JO, | Case No: 3:08-CV-00495-SI |
| Plaintiff, | |
| vs. | **DECLARATION OF STEPHANIE D. COPE** |
| SALLIE MAE, INC., a Delaware Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Corporation, and TRANS UNION LLC, | |
| Defendants. | |

4765551

- 3 –

DECLARATION OF STEPHANIE D. COPE
3:08-cv-00495-SI

**DECLARATION OF STEPHANIE D. COPE**

I, Stephanie D. Cope, hereby declare as follows:

1. I am an attorney at law duly admitted *pro hac vice* in this matter and an attorney with the law firm of King & Spalding, national counsel for Defendant EQUIFAX INFORMATION SERVICES LLC herein. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto. As to those matters stated herein on information and belief, I am informed and believe the same are true and upon that basis declare them to be true.

2. My law office is located in Atlanta, Georgia. In order for me to attend the Initial Case Management Conference on May 14, 2008, it would be necessary for me to incur the costs of lodging and airfare as well as numerous hours of attorney time. The alternative of a telephonic participation in the hearing would be far more economic.

3. I can be reached at (404) 215-5908.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of May, 2008, at Atlanta, Georgia.

/s/ Stephanie D. Cope
STEPHANIE D. COPE

**PROOF OF SERVICE**

STATE OF GEORGIA     )
                     ) ss.
COUNTY OF FULTON     )

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 years and not a party to the within action; my business address is 1180 Peachtree Street, Atlanta, Georgia 30309.

On May 6, 2008, I served the foregoing document described as

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY**

on the interested parties in this action:

[ ]   BY MAIL: I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above-referenced correspondence was placed for deposit at Atlanta, Georgia, and placed for collection and mailing following ordinary business practice and sent to all parties as listed below:

[ ]   BY PERSONAL SERVICE: On this date I caused a copy of the above-referenced document to be delivered by hand to each of the parties listed above.

[ ]   BY FACSIMILE at the following number: (404) 572-4600 to the facsimile numbers of each of the parties listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

[X]   BY ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet,

**Mark F. Anderson**
Kemnitzer, Anderson, Barron & Ogilvie
445 Bush St.
6th Floor
San Francisco, CA 94108
415-861-2265
Fax: 415-861-3151
Email: mark@kabolaw.com

**Miriam Hiser**
Law Offices of Miriam Hiser
550 Montgomery Street
Suite 650
San Francisco, CA 94111
Email: mhiser@hiserlaw.com

**Angela M. Taylor**
Jones Day

4765551

- 5 –

EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
3:08-CV-00495-SI

3 Park Plaza
Suite 1100
Irvine, CA 92614
Email: angelataylor@jonesday.com

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 6, 2008, at Atlanta, Georgia.


/s/ Termica Lewis
TERMICA LEWIS

1  THOMAS P. QUINN, JR. (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email:  tquinn@nokesquinn.com

5  STEPHANIE D. COPE [Pro Hac Vice]
   Georgia Bar No:  214378
6  KING & SPALDING LLP
   1180 Peachtree Street, N.E.
7  Atlanta, GA 30309
8  Tel: (404) 572-4600
   Fax: (404) 572-5100
9  Email:  scope@KSLAW.com

10 Attorneys for Defendant EQUIFAX, INC.

11

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**
14                    **SAN FRANCSICO DIVISION**

15 NATALIE JO,                              ) ) Case No:  3:08-CV-00495-SI
16                                          ) )
           Plaintiff,                       ) )
17                                          ) )
       vs.                                  ) )
18                                          ) )
19 SALLIE MAE, INC., a Delaware             ) ) **[PROPOSED] ORDER ON EQUIFAX'S**
   Corporation, EXPERIAN INFORMATION        ) ) **REQUEST TO APPEAR**
20 SOLUTIONS, INC., a Ohio Corporation,     ) ) **TELEPHONICALLY**
   EQUIFAX INFORMATION SERVICES,            ) )
21 LLC, a Georgia Corporation, and TRANS    ) )
22 UNION LLC,                               ) )
                                            ) )
23         Defendants.                      )
                                            )
24                                          )
25                                          )
26                                          )
27                                          )
28

- 1 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
Case No: 3:08-CV-00495-SI

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1   The request of Defendant EQUIFAX INFORMATION SERVICES LLC to appear
2   telephonically through its counsel of record at the Initial Case Management Conference
3   scheduled for May 14, 2008 at 2:00 p.m. has been duly considered by the Court and good cause
4   appearing therefore,

5   **IT IS HEREBY ORDERED** that Defendant EQUIFAX INFORMATION SERVICES
6   LLC may appear telephonically through its counsel at the hearing on May 14, 2008 at 2:00 p.m.
7   EQUIFAX'S legal counsel, Stephanie D. Cope may be reached at (404) 215-5908.

8
9   DATED:
10  _____
    THE HONORABLE JUDGE SUSAN ILLSTON
11  UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
Case No: 3:08-CV-00495-SI