```
 1  THOMAS P. QUINN, JR. (SBN: 132268)
    NOKES & QUINN
 2  450 OCEAN AVENUE
    LAGUNA BEACH, CA 92651
 3  Tel: (949) 376-3055
    Fax: (949) 376-3070
 4  Email: tquinn@nokesquinn.com

 5  STEPHANIE D. COPE [Pro Hac Vice]
    Georgia Bar No: 214378
 6  KING & SPALDING LLP
    1180 Peachtree Street, N.E.
 7  Atlanta, GA 30309
    Tel: (404) 572-4600
 8  Fax: (404) 572-5100
    Email: scope@KSLAW.com
 9
10  Attorneys for Defendant EQUIFAX, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCSICO DIVISION

| | |
|---|---|
| NATALIE JO, | Case No: 3:08-CV-00495-SI |
| Plaintiff, | |
| vs. | |
| SALLIE MAE, INC., a Delaware Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Corporation, and TRANS UNION LLC, | **[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY** |
| Defendants. | |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
Case No: 3:08-CV-00495-SI

1  The request of Defendant EQUIFAX INFORMATION SERVICES LLC to appear telephonically through its counsel of record at the Initial Case Management Conference scheduled for May 14, 2008 at 2:00 p.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant EQUIFAX INFORMATION SERVICES LLC may appear telephonically through its counsel at the hearing on May 14, 2008 at 2:00 p.m.

EQUIFAX'S legal counsel, Stephanie D. Cope may be reached at (404) 215-5908.

DATED:

_____
THE HONORABLE JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
Case No: 3:08-CV-00495-SI