**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>    Plaintiff,<br><br>    vs.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>    Defendants. | Case No. 3:08-cv-00495-SI<br><br>[Assigned to The Hpn. Susan Illston]<br><br>Complaint Filed: January 23, 2008<br><br>**DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: May 14, 2008<br>Time: 2:00 p.m. |

TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

Defendant Trans Union LLC respectfully requests that it be permitted to appear telephonically at the Case Management Conference scheduled for May 14, 2008, at 2:00 p.m.

Defendant Trans Union's lead counsel of record has his office in Costa Mesa, California. Significant travel cost and related expense would be incurred in order to appear in person at the Case Management Conference. It is submitted that good cause exists to allow Trans Union's counsel to appear telephonically.

586980.1

1
2   DATED:  May 12, 2008            MUSICK, PEELER & GARRETT LLP
3
4                                   By:  /s/ Donald E. Bradley
                                         Donald E. Bradley
5                                        Attorneys for Trans Union LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF DONALD E. BRADLEY

I, Donald E. Bradley, hereby declare as follows:

1. I am an attorney duly admitted to practice law before all the Courts of the State of California and the United States District Court, Northern District of California. I am a partner with Musick, Peeler & Garrett LLP, attorneys of record for Trans Union LLC, and am lead counsel in this case. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. My office is located in Costa Mesa, California. In order for me to attend the Case Management Conference on May 14, 2008, it would be necessary for me to incur the costs of lodging and airfare as well as numerous hours of attorney time. The alternative of a telephonic participation in the hearing would be far more economic.

3. My direct telephone line is (714) 668-2447.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed May 12, 2008, at Costa Mesa, California.

                                              */s/ Donald E. Bradley*
                                              Donald E. Bradley
                                              Declarant

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On May 12, 2008, I served the foregoing document(s) described as **DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on May 12, 2008, at Costa Mesa, California.

☒ (**Federal**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Karen S. Reisner*
Karen S. Reisner

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

586980.1

4

**DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| Mark F. Anderson | Miriam Hiser |
| Kemnitzer Anderson Barron & Ogilvie | Law Offices of Miriam Hiser |
| 445 Bush St., 6th Flr. | 550 Montgomery St., Ste. 650 |
| San Francisco, CA 94108 | San Francisco, CA 94111 |
| Phone: 415-861-2265 | Phone: 415-345-9234 |
| Fax: 415-861-3151 | Fax: 415-395-9372 |
| mark@kabolaw.com | mhiser@hiserlaw.com |
| | |
| Thomas P. Quinn | Angela M. Taylor |
| Nokes & Quinn | Jones Day |
| 450 Ocean Ave. | 3 Park Plaza, Ste. 1100 |
| Laguna Beach, CA 92651 | Irvine, CA 92614 |
| Phone: 949-376-3055 | Phone: 949-851-3939 |
| Fax: 949-376-3070 | Fax: 949-553-7539 |
| yhoman@nokesquinn.com | angelataylor@jonesday.com |

Stephanie D. Cope
King & Spalding LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309
Phone: 404-572-4600
Fax: 404-572-5100
scope@kslaw.com

1 | **MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| NATALIE JO, | Case No. 3:08-cv-00495-SI |
|---|---|
| Plaintiff, | [Assigned to The Hpn. Susan Illston] |
| vs. | Complaint Filed: January 23, 2008 |
| SALLIE MAE, INC., a Delaware corporation; et al., | **[PROPOSED] ORDER ON DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| Defendants. | Date: May 14, 2008<br>Time: 2:00 p.m. |

The request of Defendant Trans Union LLC to appear telephonically through its counsel of record at the Case Management Conference scheduled for May 14, 2008, at 2:00 p.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Trans Union may appear in telephonically through its counsel at the at the Case Management Conference hearing on May 14, 2008, at 2:00 p.m.

Trans Union's legal counsel, Donald E. Bradley, may be reached at 714-668-2447.

DATED: May __, 2008

_____
THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

586992.1
**[PROPOSED ORDER ON DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On May 12, 2008, I served the foregoing document(s) described as **[PROPOSED] ORDER ON DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on May 12, 2008, at Costa Mesa, California.

☒ (**Federal**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Karen S. Reisner*
                                              Karen S. Reisner

**SERVICE LIST**

| | |
|---|---|
| Mark F. Anderson<br>Kemnitzer Anderson Barron & Ogilvie<br>445 Bush St., 6th Flr.<br>San Francisco, CA 94108<br>Phone: 415-861-2265<br>Fax: 415-861-3151<br>mark@kabolaw.com | Miriam Hiser<br>Law Offices of Miriam Hiser<br>550 Montgomery St., Ste. 650<br>San Francisco, CA 94111<br>Phone: 415-345-9234<br>Fax: 415-395-9372<br>mhiser@hiserlaw.com |
| Thomas P. Quinn<br>Nokes & Quinn<br>450 Ocean Ave.<br>Laguna Beach, CA 92651<br>Phone: 949-376-3055<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com | Angela M. Taylor<br>Jones Day<br>3 Park Plaza, Ste. 1100<br>Irvine, CA 92614<br>Phone: 949-851-3939<br>Fax: 949-553-7539<br>angelataylor@jonesday.com |
| Stephanie D. Cope<br>King & Spalding LLP<br>1180 Peachtree St., N.E.<br>Atlanta, GA 30309<br>Phone: 404-572-4600<br>Fax: 404-572-5100<br>scope@kslaw.com | |