**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-07-6489 SI            Judge:   SUSAN ILLSTON

Title: LOIS RODDEN  -v- JEFFERSON PILOT FINANCIAL

Attorneys: E. Green (phone)             H. Green

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **10/24/08     @ 9:00 a.m.**   for Cross Motions for Summary Judgment
(Motion due **9/19/08**, Opposition **10/3/08** Reply **10/10/08**)

Case continued to **n/a    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **12/1/08    @ 8:30 a.m.**  for Trial (COURT :1   Days)
Discovery Cutoff: 10/1/08  Designate Experts by: N/A ,

ORDERED AFTER HEARING:
Private mediation shall occur on May 28, 2008.