**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-08-495SI             Judge:   SUSAN ILLSTON

Title: NATALIE JO  -v- SALLIE MAE

Attorneys: M. Danega          A. Taylor (phone), Stephanie Cope (phone), D. Bradley

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **12/5/08    @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **3/10/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/23/08    @ 8:30 a.m.**  for Trial (jury:3-4  Days)
Discovery Cutoff: 9/30/08  Designate Experts by: 10/3/08, Rebuttal Experts:10/13/08, Expert
Discovery Cutoff:10/24/08

ORDERED AFTER HEARING:
The court mediation session shall be completed by August 1, 2008.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-08-495SI            Judge:   SUSAN ILLSTON

Title: NATALIE JO  -v- SALLIE MAE

Attorneys: M. Danega          A. Taylor (phone), Stephanie Cope (phone), D. Bradley

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                            PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference (joint statement due one week prior)

Case continued to **12/5/08    @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **3/10/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/23/08    @ 8:30 a.m.**  for Trial (jury:3-4  Days)
Discovery Cutoff: 9/30/08  Designate Experts by: 10/3/08, Rebuttal Experts:10/13/08, Expert Discovery Cutoff:10/24/08

ORDERED AFTER HEARING:
The court mediation session shall be completed by August 1, 2008.

Cc: ADR