LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>            Plaintiff,<br><br>      v.<br><br>SALLIE MAE, INC., et al.,<br><br>            Defendants. | Case No. CV 08-0495 SI<br><br>**DECLARATION REGARDING SIGNATURES ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Miriam Hiser, declare:

1.      I am the attorney of record for Defendant Sallie Mae, Inc.  The following is within my personal knowledge and if called as a witness I would competently testify thereto.

2.      I have obtained the concurrence in the filing of the Stipulation to Continue Case Management Conference filed herewith from all the signatories thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 9th day of July, 2008 in San Francisco, California.

Dated:  July 9, 2008.                                   LAW OFFICES OF MIRIAM HISER


                                                        By:_____/s/_____
                                                             Miriam Hiser
                                                        Attorney for Defendant SALLIE MAE, INC.