```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com
```

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>                Plaintiff,<br><br>        v.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>                Defendants. | **Case No. CV 08-0495 SI**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between plaintiff and defendants, through their counsel of record, that the August 1, 2008 deadline to complete mediation of this matter be continued to September 1, 2008, and that the August 15, 2008 Case Management Conference in this matter be continued to September 22, 2008 at 2:00 p.m..  The purpose of the continuance is to allow the parties to complete the mediation currently scheduled for August 22, 2008, the first date on which all parties and their counsel are available for mediation.

Dated:  July 8, 2008.                                    KEMNITZER, ANDERSON, BARRON,
                                                                          OGILVIE and BREWER LLP


                                                                    By:_____/s/_____
                                                                          Mark Anderson
                                                                          Attorney for Plaintiff NATALIE JO

1  Dated: July 8, 2008.                                    JONES DAY

2

3                                                          By:_____/s/_____
                                                                Angela M. Taylor
4                                                          Attorney for Defendant EXPERIAN
                                                           INFORMATION SOLUTIONS, INC.
5

6  Dated: July 8, 2008.                                    LAW OFFICES OF MIRIAM HISER

7

8                                                          By:_____/s/_____
                                                                Miriam Hiser
9                                                          Attorney for Defendant SALLIE MAE, INC.

10
    Dated: July 8, 2008.                                   MUSICK, PEELER & GARRETT LLP
11

12

13                                                         By:_____/s/_____
                                                                Donald E. Bradley
                                                           Attorney for Defendant TRANS UNION LLC
14
    Dated: July 8, 2008.                                   KING & SPALDING LLP
15

16

17                                                         By:_____/s/_____
                                                                Stephanie D. Cope
                                                           Attorney for Defendant EQUIFAX
18                                                         INFORMATION SERVICES, LLC

19       PURSUANT TO STIPULATION, IT IS SO ORDERED:

20

21
         Dated: _____            _____
22                                                Hon. Susan Illson
                                                  United States District Court Judge.
23

24

25

26

27

28

                                      2
                                                                              Stipulation
                                                                              Case No. CV 08-0495 SI