LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>            Plaintiff,<br><br>    v.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>            Defendants. | **Case No. CV 08-0495 SI**<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that defendant Sallie Mae, Inc. may participate in the scheduled August 22, 2008 mediation in this matter via telephone.

Dated: July 10 2008.

Hon. Wayne D. Brazil
United States Magistrate Judge.

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

1

Order
Case No. CV 08-0495 SI