KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
Matthew S. Da Vega (SBN 195443)
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATALIE JO,

    Plaintiff,

v.

SALLIE MAE, INC, et al,

    Defendants.

Case No. 08-0495 SI

**NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL MATTHEW S. DA VEGA**

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Matthew S. Da Vega (mdavega@kabolaw.com) of Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP, hereby enters his appearance of behalf of plaintiff NATALIE JO in the above entitled case (No. 08-0495 SI), and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him via e-filing at the email address above. Matthew S. Da Vega is associate attorney with plaintiffs lead counsel of record Mark F. Anderson and has been requested by him to appear on behalf of plaintiff.

Dated: July 10, 2008

                KEMNITZER, ANDERSON, BARRON OGILVIE BREWER LLP

                By_____
                Matthew S. Da Vega
                Attorney for Plaintiff