MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2400
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>　　　　Defendants, | Case No. 3:08-cv-00495-SI<br><br>[PROPOSED] ORDER |

Good cause appearing, IT IS HEREBY ORDERED THAT Defendant Trans Union LLC may participate in the scheduled August 22, 2008 mediation in this matter via telephone.

DATED: July 17, 2008      By: _____
　　　　　　　　　　　　　　　　Hon. Wayne D. Brazil
　　　　　　　　　　　　　　　　United States Magistrate Judge

596358.1

[PROPOSED] ORDER