Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SALLIE MAE, INC., a Delaware corporation; SALLIE MAE SERVICING L.P., a Delaware limited partnership; EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES LLC, a Georgia corporation,<br><br>　　　　Defendants. | Case No.: CV 08-0495 SI<br><br>[PROPOSED] ORDER |

Good cause appearing, *marginally* (WDB) IT IS HEREBY ORDERED THAT Defendant Experian Information Solutions, Inc. may participate in the scheduled August 22, 2008 mediation in this matter via telephone.

Dated: August 19, 2008

By: /s/ Wayne D. Brazil
Hon. Wayne D. Brazil
United States Magistrate Judge

LAI-2969139v1