```
FILED
AUG 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

**UNITED STATES DISTRICT COURT**  E-filing

**Northern District of California**

| | |
|---|---|
| Jo,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Sallie Mae, Inc.,<br><br>　　　　Defendant(s). | No. C 08-00495 SI MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8/22/08__

2. Did the case settle?    ☐ fully    ☒ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __8/26/08__   _____
Mediator, Barbara Cray
Law Offices of Barbara Cray
303 Twin Dolphin Dr., 6th Fl.
Redwood Shores, CA 94065

**Certification of ADR Session**
08-00495 SI MED