KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:   (415) 861-2265
Fax:   (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Natalie Jo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO, <br><br> Plaintiff, <br><br> vs. <br><br> SALLIE MAE, INC., a Delaware corporation, et al <br><br> Defendants. | Case No. 08-495-SI <br><br> ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES, LLC |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant Trans Union LLC and Equifax Information Services, LLC are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: September, ___, 2008.

_____
Judge of the U.S. District Court

Order for Dismissal of Claims (Trans Union LLC and Equifax Information Services, LLC) in *Jo v Salle Mae, Inc.*

1