KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:  (415) 861-2265
Fax:  (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Natalie Jo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO,<br><br>Plaintiff,<br><br>vs.<br><br>SALLIE MAE, INC., a Delaware corporation, et al<br><br>Defendants. | Case No. 08-495-SI<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. & DEFENDANT SALLIE MAE, INC. |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against remaining defendants Experian Information Solutions, Inc. and defendant Sallie Mae, Inc. are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: October, ___, 2008.

_____
Judge of the U.S. District Court

Order for Dismissal of Claims (Experian & Sallie Mae) in *Jo v Salle Mae, Inc.*

1